## Oshtry *v.* Smith, Appellant.

Argued March 23, 1970. *Jerome N. Berenson,* for appellant; *Sanford Kahn,* for appellee.

Order affirmed.